BEFORE THE THIRD DIVISION, DECEMBER 23, 1942

**No. 47841.**—Petition 6218–R of Montgomery Ward & Co. (Seattle).

Opinion by KEEFE, J. From a careful consideration of the evidence, the court was of the opinion that the petitioners acted in good faith and were without intention to conceal or misrepresent the facts, or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 47842.**—Petition 6300–R of Cresca Co., Inc. (New York).

Opinion by EKWALL, J. From the evidence produced the court was of the opinion that in making entry of the merchandise the petitioner acted in good faith. In accordance therewith the petition was granted.

BEFORE THE SECOND DIVISION, DECEMBER 24, 1942

**No. 47843.**—Protests 25755–K, etc., of W. R. Zanes & Co. (Galveston).

Opinion by KINCHELOE, J. Following *United States* v. *Schapiro* (24 C. C. P. A. 343, T. D. 48771) and *Hagy Waste Works* v. *United States* (2 Cust. Ct. 385, C. D. 162), certain of the rags in question were held entitled to free entry as paper stock under paragraph 1750, in accordance with the percentages as set forth in the stipulation entered into between counsel.

DECEMBER 24, 1942

**No. 47844.**—SUIT 4392.——*United States* v. *Abercrombie & Fitch Co.* C. D. 541 reversed. C. A. D. 217.

**No. 47845.**—SUIT 4413.—.—*United States* v. *Border Brokerage Co., Inc.* C. D. 672. Appeal dismissed December 14. 1942.

BEFORE THE FIRST DIVISION, DECEMBER 30, 1942

**No. 47846.**—Protests 999083–G, etc., of Frankel Importing Co. (New York).

Opinion by OLIVER, P. J. Following Abstract 47109 and in view of stipulation entered into between counsel wherein the Government conceded that the items here in question are not composed in any part of synthetic resin or ivory, that they do not imitate pearls, and that they are not imitation pearl beads, they were found to be beads composed wholly or in chief value of glass and are in imitation of precious or semiprecious stones. The claim at 45 percent under paragraph 1503 was therefore sustained.